UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 2̇ 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 05-100-03 (RWR) |
| GREGORY N. BELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

In light of the government's supplemental response to defendant's motion to unseal transcripts, it is hereby

ORDERED that the following sealed transcripts, as identified in the Court's December 4, 2009 Order, be, and hereby are, unsealed:

a. 4/22/07 Trial PM, beginning at p. 8230
b. 4/30/07 Trial PM, beginning at p. 9270
d. 5/31/07 Trial PM, beginning at p. 13897
g. 6/11/07 Trial PM, beginning at p. 14934
h. 6/13/07 Trial AM, beginning at p. 15300
i. 6/14/07 Trial PM, beginning at p. 15704
j. 7/11/07 Trial AM, beginning at pp. 17188, 17220, 17222, 17226, 17249
k. 7/11/07 Trial PM, beginning at pp. 17283, 17289, 17290, 17299
l. 9/11/07 Trial AM, beginning at p. 20258
m. 11/27/07 Trial PM, beginning at p. 19

SIGNED this 24th day of February, 2010.

/s/ Richard W. Roberts
RICHARD W. ROBERTS
United States District Judge