UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 05-100-03 (RWR) |
| GREGORY N. BELL, | ) |
| | ) |
| Defendant. | ) |

ORDER

In light of the notice filed by the attorneys for witness Pete Clark, it is hereby

ORDERED that the following sealed transcripts, as identified in the Court's July 1, 2010 Order, be, and hereby are, unsealed:

    7/10/07 Trial AM, beginning at p. 17139
    7/11/07 Trial PM, beginning at p. 17302, 17305, 17312, 17313, 17318, 17329

SIGNED this 27th day of July, 2010.

RICHARD W. ROBERTS
United States District Judge